United States Bankruptcy Court
South Bend/Ft Wayne Division

Page 1

| | | |
|---|---|---|
| In RE: | TRACY DEWAYNE MILLER<br>TAMARA SUE MILLER<br>3102 S CURFMAN<br>PO BOX 1261<br>MARION IN 46952 | Case Number **01-10234-REG**<br>SS #(1): xxx-xx-7926<br>SS #(2): xxx-xx-3803 |

## Final Report and Account

| | | | | |
|---|---|---|---|---|
| Case Filed: | 1/29/2001 | Plan Confirmed: | 2/13/2003 | Case Concluded: 12/5/2005 |
| This Case was Converted to Chapter 7 | | | | Report Prepared: 01/03/2006 |

Your Trustee has maintained detailed record of all receipts, including the source or other identification of each receipt and all of disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors.      $9,496.00

| Distributions to Creditors<br>Creditor Name | Class | Amount Allowed | Principal Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|
| AAA ACCEPTANCE | Unsecured | 605.51 | 112.44 | | $493.07 |
| STATE FARM MUTUAL | Unsecured | 2,546.76 | 472.88 | | $2,073.88 |
| ANTHONY WAYNE CREDIT ADJ | Unsecured | 698.76 | 129.76 | | $569.00 |
| THE COLLECTION COMPANY | Unsecured | 5,136.05 | 1,907.26 | | $3,228.79 |
| MARTIN FINANCIAL MANAGEMENT | Unsecured | 1,786.58 | 331.72 | | $1,454.86 |
| SNOW & SAUERTEIG LLP | Unsecured | 21.00 | | | $21.00 |
| SNOW & SAUERTEIG LLP | Unsecured | 25.00 | 5.33 | | $19.67 |
| SNOW & SAUERTEIG LLP | Unsecured | 59.50 | 10.75 | | $48.75 |
| SNOW & SAUERTEIG LLP | Unsecured | 305.00 | 58.05 | | $246.95 |
| SNOW & SAUERTEIG LLP | Unsecured | 30.00 | 5.55 | | $24.45 |
| SNOW & SAUERTEIG LLP | Unsecured | 220.64 | 41.30 | | $179.34 |
| SNOW & SAUERTEIG LLP | Unsecured | 22.00 | | | $22.00 |
| SNOW & SAUERTEIG LLP | Unsecured | 62.00 | 11.21 | | $50.79 |
| SNOW & SAUERTEIG LLP | Unsecured | 35.00 | 5.63 | | $29.37 |
| SNOW & SAUERTEIG LLP | Unsecured | 37.00 | 5.95 | | $31.05 |
| SNOW & SAUERTEIG LLP | Unsecured | 215.00 | 40.24 | | $174.76 |
| SNOW & SAUERTEIG LLP | Unsecured | 25.00 | 5.33 | | $19.67 |

Continued on Next Page

# United States Bankruptcy Court
## South Bend/Ft Wayne Division

| | | | | | Page 2 |
|---|---|---|---|---|---|
| In RE: | TRACY DEWAYNE MILLER<br>TAMARA SUE MILLER | | | Case Number | **01-10234-REG** |

**Distributions to Creditors**

| Creditor Name | Class | Amount Allowed | Principal Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|
| FS | Unsecured | 5,136.05 | | | Direct Pay |
| ALLEN COLLECTIONS | Unsecured | 464.84 | 86.30 | | $378.54 |
| EAR NOSE & THROAT ASSOCIATES | Unsecured | 210.80 | 39.45 | | $171.35 |
| STEVE CARTER | Unsecured | 0.00 | | | $0.00 |
| SPRINT | Unsecured | 686.20 | 127.41 | | $558.79 |
| INDIANA DEPARTMENT OF REVENUE | Priority | 1,500.00 | 1,500.00 | | Creditor Paid |
| INDIANA DEPARTMENT OF REVENUE | Unsecured | 150.00 | 12.95 | | Creditor Paid |
| NATIONS CREDIT FINANCIAL SERVI | Continue | 26,850.53 | | | Surrendered |
| THE COLLECTION COMPANY | Unsecured | 775.62 | 144.03 | | $631.59 |
| THE COLLECTION COMPANY | Unsecured | 775.62 | | | Direct Pay |

## SUMMARY OF CLAIMS ALLOWED AND PAID

|  | Refund | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other |
|---|---|---|---|---|---|---|---|---|
| Total Allowed |  | $0.00 | $1,500.00 | $13,981.21 | $917.49 | $5,618.73 | $0.00 | $750.35 |
| Principal Paid |  | $0.00 | $1,500.00 | $3,553.54 | $917.49 | $2,774.62 | $0.00 | $750.35 |
| Interest Paid |  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  |

### DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| Debtor's Attorney | Fee Allowed | Fee Paid |
|---|---|---|
| STEVEN OUELETTE | 675.00 | 675.00 |
| STEVEN OUELETTE | 1,325.00 | 1,325.00 |
| STEVEN OUELETTE | 3,618.73 | 774.62 |

### COURT COSTS & OTHER EXPENSES OF ADMINISTRATION

| Trustee Notice Fees | Trustee's Expense & Compensation Fund | Court Notice Fees | Total Cost & Expense |
|---|---|---|---|
| 0.00 | 750.35 | 917.49 | 1,667.84 |

### SUMMARY

| | |
|---|---|
| Receipts - Amount Paid to Trustee by Debtor | 9,496.00 |
| Total Paid to Principal & Interest | 5,053.54 |
| Refund to Debtor | 0.00 |
| Paid to Debtor's Attorney | 2,774.62 |
| Court Cost & Other Expenses of Administration | 1,667.84 |
| Total Disbursements | 9,496.00 |
| Remaining Funds on Hand | 0.00 |

WHEREFORE your petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Respectfully Submitted

/s/ Debra L. Miller, Trustee

Standing Chapter 13 Trustee
P.O. Box 11550
South Bend, Indiana 46634

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached Final Report and Account was sent on __1-3-06__.

By United States Mail to the Debtor and Debtor's Attorney as follows:

Debtor(s):
TRACY DEWAYNE MILLER
TAMARA SUE MILLER
3102 S CURFMAN
PO BOX 1261
MARION IN 46952

Debtor's Attorney
STEVE OUELLETTE
2001 REED ROAD
SUITE 500
FORT WAYNE IN 46815-

By electronic e-mail to the U.S. Trustee
U.S. Trustee: ustregion10.so.ecf@usdoj.gov<mailto:ustregion10.so.ecf@usdoj.gov>

/s/ Debra L. Miller, Trustee