**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| MILLER, TRACY D.   ) | BANKRUPTCY CASE NUMBER: 01-10234 |
| MILLER, TAMARA S. ) | CHAPTER 7 |
| ) | |
| DEBTORS.          ) | |

**TRUSTEE'S INTENT TO ALLOW LATE CLAIMS**

Yvette Gaff Kleven, Chapter 7 Trustee, Trustee in the above-captioned Bankruptcy case, states that the last date to file claims was 07/19/06, and hereby gives Notice that the following creditors had filed Late Proofs of Claim and all late claims are deemed allowed as follows:

| NO. | CLAIMANT | AMOUNT | STATUS |
|---|---|---|---|
| 79 | U.S. Dept of Housing & | $11,230.79 | U |
| 80 | ALLIANCE ONE | $135.00 | U |
| 81 | MEDICAL & DENTAL BUSINESS | $28.00 | U |
| 82 | ALLIED ADJUSTMENT | $99.75 | U |
| 83 | THE COLLECTION COMPANY | $62.00 | U |
| 84 | PROFESSIONAL RECOVERY | $41.00 | U |
| 85 | FIRST FEDERAL COLLECTIONS | $90.50 | U |
| 86 | PMI - MARION | $204.31 | U |
| 87 | MIDWEST PAIN INSTITUTE | $691.69 | U |
| 88 | ATLAS COLLECTION | $502.61 | U |
| 89 | CBCS | $157.00 | U |
| 90 | CAPITAL ONE BANK | $1,320.00 | U |
| 92 | HARRIS | $934.00 | U |
| 93 | MED ONE SOLUTIONS | $568.42 | U |
| 94 | CENTRAL COLLECTION | $227.00 | U |
| 95 | Central Collection Bureau | $211.00 | U |
| 96 | RAPID PAY INC | $145.79 | U |
| 97 | NCO. | $133.00 | U |
| 98 | FCC COLUMBUS INC | $91.00 | U |
| 99 | ABC | $140.00 | U |
| 100 | ADVANCED IMAGING | $800.00 | U |
| 101 | ALLIED HOSP | $200.00 | U |
| 102 | AMCA | $100.00 | U |
| 103 | APRIA HEALTH | $110.00 | U |
| 104 | ARTHROSCOPY | $2,300.00 | U |

| | | | |
|---|---|---:|---|
| 105 | ASHTON | $70.00 | U |
| 106 | BHUPENDRA SHAH | $15.00 | U |
| 107 | BUSINESS REVENUE | $100.00 | U |
| 108 | CLARION HEALTH | $800.00 | U |
| 109 | CLEVELAND CLINIC | $120.00 | U |
| 110 | CMS | $300.00 | U |
| 111 | COLLECTION BUREAU OF WARSAW | $250.00 | U |
| 112 | COLLECTION REVIEW BOARD | $1,250.00 | U |
| 113 | COOPERMAN AND WEBER | $140.00 | U |
| 114 | COUNSELING ASSOC | $400.00 | U |
| 115 | CREDIT BUREAU OF MARION | $23,000.00 | U |
| 116 | CREDIT BUREAS OF WELLS CO | $30.00 | U |
| 117 | CRU | $300.00 | U |
| 118 | DEPT OF HOUSEHONG | $18,000.00 | U |
| 119 | DIAGNOSTIC IMAGING | $20.00 | U |
| 120 | DIRECT TV | $120.00 | U |
| 121 | DIVERSIFIED COLL | $110.00 | U |
| 122 | EMERGENCY MED | $30.00 | U |
| 123 | EMPI | $33.00 | U |
| 124 | EQUIFAX | $1,000.00 | U |
| 125 | FORT WAYNE CARDIOLOGY | $500.00 | U |
| 126 | FORT WAYNE MED | $16.00 | U |
| 127 | FORT WAYNE NEUROLOGY | $1,000.00 | U |
| 128 | FORT WAYNE ORTHO | $5,000.00 | U |
| 129 | FORT WAYNE RADIOLOGY | $30.00 | U |
| 130 | FOUR GATEWAY CENTER | $2,900.00 | U |
| 131 | GC SERV | $30.00 | U |
| 132 | GLA | $400.00 | U |
| 133 | HEARTLAND SATELLITE | $130.00 | U |
| 134 | HELVEY & ASSOC, | $2,900.00 | U |
| 135 | HOUSEHOLD TAX MATTERS | $800.00 | U |
| 136 | IEAI FINANCIAL SERV | $250.00 | U |
| 137 | IMAGING CENTER | $1,000.00 | U |
| 138 | IMC | $80.00 | U |
| 139 | IU ANESTHESIOLOGY | $18.00 | U |
| 140 | KID CITY | $20.00 | U |
| 141 | LUTHERAN HOSP | $70.00 | U |
| 142 | MEDICAL GROUP | $1,500.00 | U |
| 143 | MEDICAL IMAGING | $1,300.00 | U |
| 144 | MGH | $130.00 | U |
| 145 | MGR | $26.00 | U |
| 146 | MONEY | $30.00 | U |
| 147 | MULTI TOWNSHIP EMS | $400.00 | U |

| | | | |
|---|---|---:|---|
| 148 | NAAB ROAD SURGICAL | $500.00 | U |
| 150 | NCO | $50.00 | U |
| 151 | NORTH SHORE AGENCY | $23.00 | U |
| 152 | PARENTS | $20.00 | U |
| 153 | PARKVIEW HEALTH | $160.00 | U |
| 154 | PARKVIEW HOSP | $1,000.00 | U |
| 155 | PARKVIEW MEDICAL | $600.00 | U |
| 156 | PHONICS | $16.00 | U |
| 157 | PHYSICIAN PRACTICE | $250.00 | U |
| 158 | PHYSICIAN PRACTICE | $300.00 | U |
| 159 | Physician Practices Management | $70.00 | U |
| 160 | PIERCETON MED SER | $300.00 | U |
| 161 | PROFESSIONAL EMERGENCY PHYSICIANS | $200.00 | U |
| 162 | PROFESSIONAL RECOVERY | $200.00 | U |
| 163 | QUEST DIAGNOSTICS | $10.00 | U |
| 164 | ROBERT KEE | $30.00 | U |
| 165 | RUSSEL COLLECTION | $110.00 | U |
| 166 | SBCL INSUR | $100.00 | U |
| 167 | SCHOLASTIC BOOK | $100.00 | U |
| 168 | TABAKS HEALTH | $70.00 | U |
| 169 | TR CHAMBERLAIN | $15.00 | U |
| 170 | UCB | $2,000.00 | U |
| 171 | UNITED RECOVERY SERV | $600.00 | U |
| 172 | UNIV DERMATOLOGY | $130.00 | U |
| 173 | UNIVERSITY CLIN PATH | $10.00 | U |
| 174 | UNIVERSITY PED ASSO | $40.00 | U |
| 175 | WARSAW FAMILY DENTIST | $5,400.00 | U |
| 176 | WHITLEY MEMORIAL | $3,000.00 | U |
| 177 | HIGHLIGHTS | $20.00 | U |

Respectfully submitted:

/s/ Yvette Gaff Kleven, Chapter 7 Trustee
Yvette Gaff Kleven, Chapter 7 Trustee
HARRISON PROFESSIONAL CENTER
927 South Harrison Street
Fort Wayne, IN 46802
(260) 407-7000
ygk@sak-law.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 16, 2007, a true and correct copy of the above and foregoing Trustee's Intent To Allow Claims was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to: Steven J. Oullette, 2001 Reed Road, Ste. 500, Fort Wayne, Indiana 46815; and Tracy and Tamara Miller, P.O. Box 1261, Marion, Indiana 46952.

/s/ Yvette Gaff Kleven, Chapter 7 Trustee
Yvette Gaff Kleven, Chapter 7 Trustee
HARRISON PROFESSIONAL CENTER
927 South Harrison Street
Fort Wayne, IN 46802
(260) 407-7000
ygk@sak-law.com