**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| TRACY D. MILLER | ) | BANKRUPTCY CASE NUMBER 01-10234 |
| TAMARA S. MILLER | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**THIRTEENTH  NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1.  The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2.  The Trustee filed her Third Amended Final Report And Distribution Summary on November 17, 2009, and issued checks as proposed in said Report.

3.  That on December 8, 2009, the Trustee presented to the Clerk of the United States Bankruptcy Court the amount of **$14,873.23** for the benefit of the claimants shown on Exhibit A attached hereto.

Respectfully submitted,

___/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of December, 2009, a true and correct copy of the above and foregoing Thirteenth Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee at USTPRegion10.SO.ECF@usdoj.gov, and was sent via first class United States mail, postage pre-paid, to the creditors listed on the attached Exhibit A, at the addresses indicated.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven

| Claim # | Issued to: | Original distribution amount: | New distribution amount: |
|---|---|---|---|
| 89 | CBCS, 817 North Western Avenue, Marion, IN 46952 | $12.95 | $10.87 |
| 90 | Capital One Bank, 11012 W. Broad St., Glen Allen, VA  23060 | $612.99 | $514.59 |
| 93 | Howard Regional Health Systems (Med One Solutions), 3500 South Lafountain St, Kokomo, IN 46904 | $214.12 | $179.75 |
| 96 | Rapid Pay Inc., 116 Wickersham Dr. E., Kokomo, IN  46901 | $66.94 | $56.19 |
| 97 | NCO, 507 Prudential Road, Horsham, PA  19044 | $61.07 | $51.27 |
| 99 | ABC, 3714 South Western, Marion, IN  46953 | $64.28 | $53.96 |
| 101 | Allied Hospital, PO Box 5237, Indianapolis, IN 46255 | $91.83 | $77.09 |
| 103 | Apria Health, PO Box 1275, Bedford Park, IL 60499 | $50.51 | $42.40 |
| 107 | Business Revenue, PO Box 13077, Des Moines, IA  50310 | $45.91 | $38.54 |
| 108 | Clarion Health, 1515 N Senate Ave., Indianapolis, IN  46207 | $367.32 | $308.35 |
| 110 | CMS, Dept. 94076, Louisville, KY 40294 | $137.74 | $115.63 |
| 115 | Credit Bureau of Marion, 5 West Monument Ave., Dayton, OH  45402-1201 | $1,896.37 | $1,591.96 |
| 117 | CRU, PO Box 6369, Omaha, NE  68106 | $137.74 | $115.63 |
| 118 | Dept of Househong, c/o Unger and Associates, PO Box 1337, Houston, TX  77251 | $8,358.97 | $7,017.12 |
| 120 | Direct TV, PO Box 78410, Phoenix AZ  85062 | $55.10 | $46.25 |
| 121 | Diversified Coll, 11166 Tesson Ferry Rd, Ste. 200, Saint Louis, MO  63123 | $50.51 | $42.40 |
| 124 | Equifax, 802 E. Martintown Rd. Ste. 201, North Augusta, SC  29841 | $464.39 | $389.84 |
| 127 | Fort Wayne Neurology, PO Box 66734, Fort Wayne, IN  46866 | $464.39 | $389.84 |
| 129 | Fort Wayne Radiology, PO Box 5602, Fort Wayne, IN  46895 | $11.30 | $9.49 |
| 130 | Four Gateway Center, 444 Liberty Ave., Pittsburgh, PA  15222 | $1,346.72 | $1,130.54 |
| 131 | GC Serv., PO Box 3026, Houston, TX  77253 | $11.30 | $9.49 |
| 133 | Heartland Satellite, PO Box 70307, Charlotte, NC 28272 | $59.69 | $50.11 |
| 136 | IEAI Financial Serv, PO Box 7146, Greenwood, IN 46142 | $114.79 | $96.36 |
| 139 | IU Anesthesiology, PO Box 5637, Indianapolis, IN 46255 | $6.78 | $5.69 |
| 140 | Kid City, PO Box 7662, Red Oak, IA  51591 | $7.53 | $6.32 |
| 141 | Lutheran Hospital, PO Box 5273, Indianapolis, IN 46255 | $32.14 | $26.98 |

**EXHIBIT A ( Page 1 of 2 )**

| | | | |
|---|---|---|---|
| 142 | Medical Group, PO Box 2505, Fort Wayne, IN 46801 | $565.04 | $474.33 |
| 145 | MGR, PO Box 306, Muncie, IN  47308 | $9.79 | $8.22 |
| 148 | NAAB Road Surgical, PO Box 5964, Indianapolis, IN  46255 | $159.57 | $133.95 |
| 150 | NCO, PO Box 7627, Ft. Washington, PA  19034 | $18.83 | $15.81 |
| 151 | North Shore Agency, PO Box 8920, Westbury, NY 11590 | $8.66 | $7.27 |
| 152 | Parents, PO Box 71600, Des Moines, IA  50340 | $7.53 | $6.32 |
| 156 | Phonics, PO Box 94300, Palatine, IL  60094 | $6.03 | $5.06 |
| 160 | Pierceton Med Ser, PO Box 473, Pierceton, IN 46562 | $137.74 | $115.63 |
| 161 | Professional Emergency Physicians, PO Box 72949, Fort Wayne, IN | $16.49 | $13.84 |
| 165 | Russel Collection, 1184 W Bristol Rd, Flint, MI 48507 | $9.07 | $7.61 |
| 166 | SBCL Insurance, PO Box 46065, Saint Louis, MO 63146 | $45.91 | $38.54 |
| 167 | Scholastic Book, PO Box 5011, Clifton, NJ  07015 | $45.91 | $38.54 |
| 168 | Tabaks Health, 3198 Airport Loop Dr. Ste. G, Costa Mesa, CA  92626 | $32.14 | $26.98 |
| 170 | UCB, PO Box 41, Muncie, IN 47308 | $175.38 | $147.23 |
| 171 | United Recovery Serv, 6204 Constitution Drive, Fort Wayne, IN  46804 | $275.49 | $231.27 |
| 172 | Univ Dermatology, PO Box 6200, Indianapolis, IN 46206 | $59.69 | $50.11 |
| 176 | Whitley Memorial, PO Box 808, Fort Wayne, IN 46825 | $1,393.16 | $1,169.53 |
| 177 | Highlights, PO Box 182088, Columbus, OH 43218 | $7.53 | $6.32 |
| | | $17,717.34 | $14,873.23 |

**EXHIBIT A ( Page 2 of 2 )**